JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIA ALICIA PEREZ D/B/A EL POLLITO BAKERY; PAUL S. JO, AS TRUSTEE OF THE JO FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:23-cv-09911 JFW (BFMx)<br><br>**Judgment** |

　　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff SAM BENFORD shall have JUDGMENT in his favor in the amount of $6,937.00 ($4,000.00 in statutory damages + $2,280.00 in attorneys' fees + $657.00 in costs), against Defendants MARIA ALICIA PEREZ D/B/A EL POLLITO BAKERY and PAUL S. JO, AS TRUSTEE OF THE JO FAMILY TRUST.

//
//

1      In addition, Defendants MARIA ALICIA PEREZ D/B/A EL POLLITO BAKERY and PAUL S. JO, AS TRUSTEE OF THE JO FAMILY TRUST, are ordered to provide an accessible parking space at the property located at or about 8209 Eastern Ave., Bell Gardens, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 5, 2024

                         Hon. John F. Walter,
                         United States District Judge